IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GUILD MORTGAGE COMPANY LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:24-cv-630-ECM |
| | ) | |
| KEVIN JERMAINE FLEETON, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On January 2, 2025, the Magistrate Judge entered a Recommendation (doc. 21) to which no timely objections have been filed.  Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that that the Recommendation of the Magistrate Judge (doc. 21) is ADOPTED, and the Plaintiff's motion to remand (doc. 7) is GRANTED.  It is further

ORDERED that this case is REMANDED to the Circuit Court of Elmore County, Alabama.

The Clerk of the Court is DIRECTED to take all steps necessary to effectuate the remand to the Circuit Court of Elmore County, Alabama.

DONE this 13th day of March, 2025.

_____/s/ Emily C. Marks_____
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE